BARRY E. HINKLE, Bar No. 071223
KRISTINA L. HILLMAN, Bar No. 208599
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>ACOUSTICTEC, A California Corporation,<br><br>Defendant. | No. C 08-01137-SBA<br><br>**EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT FOR A SUM CERTAIN; ORDER** |

Plaintiffs BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE

TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND

FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN

CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA;

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT FOR A SUM CERTAIN; [PROPOSED] ORDER
Case No. C 08-01137-EMC

and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL (hereinafter "Plaintiffs") hereby respectfully request an extension of time to prepare a further motion for default judgment for a sum certain.

On or around July 16, 2009, the Court adopted Magistrate Judge Chen's Report and Recommendation re Plaintiffs' Motion for Default Judgment (Docket No. 39) and granted Plaintiffs' Motion for Default Judgment against Defendant AcousticTec (Docket No. 42).

Pursuant to the Report and Recommendation and the Court's Order, Plaintiffs have conducted an audit of Defendant AcousticTec's books and records pursuant to the Trust Agreements and found additional amounts were due and owing to Plaintiff Trust Funds.

Pursuant to the Report and Recommendation and the Court's Order, Plaintiffs respectfully request an additional 30 days to prepare a further motion for default judgment for a sum certain.

The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen in Support of Ex Parte Application to Extend Time to File Motion for Default Judgment for a Sum Certain, filed herewith.

Dated: September 14, 2009

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By: _____/s/_____
                      KRISTINA M. ZINNEN

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -
EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT FOR A SUM CERTAIN; [PROPOSED] ORDER
Case No. C 08-01137-EMC

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

# [ ORDER

Based upon the foregoing Ex Parte Application to Extend Time to File Motion for Default Judgment for a Sum Certain and Declaration of Kristina M. Zinnen in support thereof, the Court hereby orders:  To provide Plaintiffs adequate time to bring a further motion for default judgment for a sum certain, judgment shall not enter until thirty days after the date of this order.  Plaintiffs may request additional time.  If Plaintiffs fail to do so, the Court will enter judgment thirty days after the date of this order and close the file.  In addition, the Court orders:

Dated: 9/15/09

_____
The Honorable Saundra Brown Armstrong
United States District Court Judge

- 3 -

EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT FOR A SUM CERTAIN; [PROPOSED] ORDER
Case No. C 08-01137-EMC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 14, 2009, I served upon the following parties in this action:

> Acoustictec
> 2508 West Belmont
> Fresno, CA  93728

copies of the document(s) described as:

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER and DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct.  Executed at Alameda, California, on September 14, 2009.

```
          /s/
     Laureen D. Arnold
```

117540/543841

EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR DEFAULT JUDGMENT FOR A SUM CERTAIN; [PROPOSED] ORDER
Case No. C 08-01137-EMC

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091